**Order entered September 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00895-CV

**TEXAS HEALTH HARRIS METHODIST HOSPITAL FORT WORTH, Appellant**

**V.**

**GREG FRAUSTO, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-13131**

## ORDER

We **GRANT** appellees' September 22, 2014 motion for extension of time to file brief and

**ORDER** the brief be filed no later than October 27, 2014. Because this is an accelerated appeal,

no further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
JUSTICE